COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In the Interest of S.V.H., a child v. Department of Family and Protective Services

Appellate case number:    01-19-01003-CV

Trial court case number:    2018-05569J

Trial court:    314th District Court of Harris County

Appellant, A.W.U. aka A.W.H., has filed a second unopposed motion to extend time by 10 days to file her brief in this priority appeal. Appellant's motion complies with the rules. *See* TEX. R. APP. P. 10.1(a), 10.5(b); *see also* TEX. R. APP. P. 10.3(a)(1), (a)(2). Accordingly, we **grant** appellant's motion. Appellant's brief is due on or before **February 14, 2020**.

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
        ☑ Acting individually    ☐ Acting for the Court

Date: February 11, 2020